IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DINA EL MAHDY, | * | |
| Plaintiff | * | |
| v | * | Civil Action No. SAG-20-2715 |
| SHARON GARY FINNEY, and MORGAN STATE UNIVERSITY | * | |
| | * | |
| Defendants | | |
| | *** | |

## ORDER

The above-captioned employment discrimination Complaint was filed on September 18, 2020. Plaintiff did not pay the filing fee, nor did she file a Motion to Proceed in Forma Pauperis. Before the case may proceed, Plaintiff will be required to correct the oversight.

Accordingly, it is this 2nd day of October, 2020, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiff IS GRANTED 21 days from the date of this Order to either pay the filing fee or to file a Motion to Proceed in Forma Pauperis;

2. Plaintiff IS FOREWARNED that failure to pay the filing fee or file a Motion to Proceed in Forma Pauperis will result in dismissal of the Complaint without prejudice and without further notice from the Court; and

3. The Clerk SHALL MAIL a copy of this Order to Plaintiff.

_____/s/_____
Stephanie A. Gallagher
United States District Judge