IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

OCT 3 0 2020

| | | |
|---|---|---|
| DINA EL MAHDY | : | CIVIL ACTION |
| | | 02715-SAG |
| Plaintiff, | : | |
| v. | : | |
| **Sharon Gary Finney**, *Chair of the Accounting Department* | | |
| *AND MORGAN STATE UNIVERSITY* | : | **MOTION TO ALLOW** |
| Defendant | : | **ELECTRONIC CASE FILING** |
| | : | **BY A PRO SE PARTY** |

## MOTION TO ALLOW ELECTRONIC CASE FILING (ECF) BY A PRO SE PARTY

I, DINA EL MAHDY, declare that I am the Plaintiff representing myself in this action; that I hereby request permission to electronically file and serve my documents. I state that, upon a showing of good cause below, I am able to comply with the equipment and rule requirements governing electronic filing.

In further support of this application, I answer the following questions:

1. The hardware and software needed to electronically file, view and retrieve case documents via the Electronic Case Filing (ECF) system are the following:

   a. A personal computer running a standard operating system such as Microsoft Windows or Macintosh with a 17-inch monitor.

   b. An Internet service provider and Web browser. The installed version of ECF is compatible with Netscape Navigator version 4.0 or higher and/or Internet Explorer version 5.5 and at least a 56k modem.

    c. Adobe Acrobat software to convert documents from a word processing format to Portable Document Format (PDF).

    d. A scanner to convert paper documents to digital format for electronic transfer to the court (diskette) or to enter electronically into ECF. Use a scanner only if you cannot electronically prepare your documents.

B. Do you have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions? Yes __x__ No ____

C. Are you currently or will you be a subscriber to PACER (Public Access to Court Electronic Records)? Yes ____ No _x_

    D. Have you read and become familiar with the United States District Court of Maryland ECF User's Manual? Yes __x__ No ____

E. Are you able to comply with the all of the requirements, including the electronic submission of documents in .pdf, of the United States District Court of Maryland ECF User's Manual? Yes __x__ No ____

_____

Dina El Mahdy
1114 West Joppa Rd.
Towson, MD 21204
443-858-2857
PRO SE
Dated: October 27, 2020

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DINA EL MAHDY | : | CIVIL ACTION |
| | | **02715-SAG** |
| Plaintiff, | : | |
| v. | : | |
| **Sharon Gary Finney**, *Chair of the Accounting Department* | | |
| *AND MORGAN STATE UNIVERSITY* | : | **ORDER** |
| Defendant, | : | |
| | : | |

IT IS ORDERED,

\_\_\_\_ GRANTING the Motion to Allow Electronic Case Filing by a Pro Se Party. The party is required to comply with all rules outlined in the United States District Court of Maryland ECF User's Manual, have access to the required equipment and software, have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions, be able to electronically transmit documents to the court in .pdf, register as a user with the Clerk's Office within five (5) days of the date of this Order, and register as a subscriber to PACER (Public Access to Electronic Records) within five (5) days of the date of this Order. `Any misuse of the ECF system will result in immediate discontinuation of this privilege and disabling of the password assigned to the party.

DATED this \_\_\_ day of _____, 20\_\_ .

J