**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DINA EL MAHDY, | * | |
| Plaintiff | * | |
| v. | * | Civil Action  SAG-20-2715 |
| MORGAN STATE UNIVERSITY, | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this ___28th___ day of

March, 2022,

ORDERED that Plaintiff Dina El Mahdy's Motion for Leave to File a Reply to the

Counsel of the Plaintiff's Reply (ECF 89) is GRANTED, and it is further

ORDERED that the Motion to Withdraw Appearance of Donald G. Quinn and Quinn

LLC (ECF 85) is GRANTED, and it is further

ORDERED the Clerk will transmit copies of the Memorandum Opinion and this Order to

counsel for the parties and directly to Plaintiff Dina El Mahdy.

_____/S/_____
Matthew J. Maddox
United States Magistrate Judge